## EX PARTE HOUSTON JAMES.

No. 16721. Delivered February 28, 1934.

Reported in 69 S. W. (2d) 127.

The opinion states the case.

*W. B. Moss,* of Sinton, and *J. W. Ragsdale,* of Victoria, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—This appeal is from an order of the District Judge of San Patricio County refusing to reduce the amount of bail in a case where the charge was robbery by the use of firearms in which bail had theretofore been fixed at $5000.00.

The record is precisely like that in the companion case of Ex parte Boyd Nelson, No. 16,720, in which the judgment refusing to reduce bail was affirmed. For the reasons stated in that opinion the order here will be the same.

The judgment is affirmed.

*Affirmed.*